AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**FRANKLIN COUNTY MUNICIPAL COURT, et al.,**

      **Plaintiffs,**

**v.**

**SHAHID AZAD KAMAL EL, et al.,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-13-154**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed March 1, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 1, 2013                          JOHN P. HEHMAN, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk